UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
      ANNA GRISTINA

                  Plaintiff

                                        21 Civil 8608 (PAC)
          v.                          **AMENDED NOTICE OF APPEAL**

NEW YORK STATE JUDGE JUAN MERCHAN,
in an official capacity, and NEW YORK
COUNTY DISTRICT ATTORNEY
ALVIN BRAGG, in an official capacity

                          Defendant
-----------------------------------------------------------------------------

      Notice is hereby given that Plaintiff Anna Gristina, in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit, from the Judgment – dated 20 May 2022 – that was filed and entered on 20 May 2022.

DATE:       20 May 2022
                Bronx, New York

                                                        *Lawrence P LaBrew*
                                                         Lawrence P. LaBrew, Esq.
                                                          Attorney & Counselor-at-Law
                                                          Attorney for Plaintiff Anna Gristina
                                                           30 Wall Street, 8th Floor
                                                          New York, New York 10005-2205
                                                          Tel: (212) 385-7500
                                                          Fax:(212) 385-7501
                                                          e-mail: lawrencelabrew@verizon.net

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:21–cv–08608–PAC

| | |
|---|---|
| Gristina v. Merchan et al<br>Assigned to: Judge Paul A. Crotty<br>Cause: 42:1983 Civil Rights Act | Date Filed: 10/20/2021<br>Date Terminated: 05/20/2022<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Anna Gristina** | represented by | **Lawrence P LaBrew**<br>Law Office of Lawrence LaBrew<br>30 Wall Street Floor 8<br>New York, NY 10005<br>917–280–6239<br>Fax: 212–385–7501<br>Email: lawrencelabrew@verizon.net<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Juan Merchan**<br>*New York State Judge, in an official capacity* | represented by | **Miranda Onnen**<br>Office of the New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>212–416–6696<br>Email: miranda.onnen@ag.ny.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Cyrus Vance**<br>*New York County District Attorney, in an official capacity* | represented by | **Christina Frances Ante**<br>New York County District Attorney's Office<br>One Hogan Place<br>New York, NY 10013<br>(212)–335–9149<br>Fax: (212)–335–4390<br>Email: antec@dany.nyc.gov<br>*LEAD ATTORNEY*<br><br>**Patricia Jean Bailey**<br>New York County District Attorney's Office<br>One Hogan Place<br>New York, NY 10013<br>(212)–335–4362<br>Fax: (212)–335–4390<br>Email: baileyp@dany.nyc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2021 | 1 | COMPLAINT against Juan Merchan, Cyrus Vance. (Filing Fee $ 402.00, Receipt Number ANYSDC–25221867)Document filed by Anna Gristina. (Attachments: # 1 Appendix The Record and Exhibits from State Court).(LaBrew, Lawrence) (Entered: |

| | | |
|---|---|---|
| | | 10/20/2021) |
| 10/20/2021 | 2 | CIVIL COVER SHEET filed..(LaBrew, Lawrence) (Entered: 10/20/2021) |
| 10/20/2021 | 3 | **FILING ERROR – SUMMONS REQUEST PDF ERROR** – REQUEST FOR ISSUANCE OF SUMMONS as to Juan Merchan, re: 1 Complaint. Document filed by Anna Gristina..(LaBrew, Lawrence) Modified on 10/21/2021 (jgo). (Entered: 10/20/2021) |
| 10/20/2021 | 4 | **FILING ERROR – SUMMONS REQUEST PDF ERROR** – REQUEST FOR ISSUANCE OF SUMMONS as to Cyrus Vance, re: 1 Complaint. Document filed by Anna Gristina..(LaBrew, Lawrence) Modified on 10/21/2021 (jgo). (Entered: 10/20/2021) |
| 10/21/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Lawrence Pierre LaBrew. The following case opening statistical information was erroneously selected/entered: Cause of Action code 28:1331;. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 42:1983;. (jgo)** (Entered: 10/21/2021) |
| 10/21/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Lawrence Pierre LaBrew. The party information for the following party/parties has been modified: Juan Merchan; Cyrus Vance. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (jgo)** (Entered: 10/21/2021) |
| 10/21/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Paul A. Crotty. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(jgo) (Entered: 10/21/2021) |
| 10/21/2021 | | Magistrate Judge Sarah L. Cave is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 10/21/2021) |
| 10/21/2021 | | Case Designated ECF. (jgo) (Entered: 10/21/2021) |
| 10/21/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Lawrence Pierre LaBrew to RE–FILE Document No. 4 Request for Issuance of Summons, 3 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; the PDF case caption must list all of the parties or include 'et al' after the leading party name. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (jgo)** (Entered: 10/21/2021) |
| 10/22/2021 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Juan Merchan, re: 1 Complaint. Document filed by Anna Gristina..(LaBrew, Lawrence) (Entered: 10/22/2021) |
| 10/22/2021 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to Cyrus Vance, re: 1 Complaint. Document filed by Anna Gristina..(LaBrew, Lawrence) (Entered: 10/22/2021) |
| 10/25/2021 | 7 | ELECTRONIC SUMMONS ISSUED as to Juan Merchan. (vf) (Entered: 10/25/2021) |
| 10/25/2021 | 8 | ELECTRONIC SUMMONS ISSUED as to Cyrus Vance. (vf) (Entered: 10/25/2021) |
| 11/02/2021 | 9 | AFFIDAVIT OF SERVICE of Summons and Complaint. Juan Merchan served on 10/26/2021, answer due 11/16/2021; Cyrus Vance served on 10/26/2021, answer due 11/16/2021. Document filed by Anna Gristina..(LaBrew, Lawrence) (Entered: |

| | | |
|---|---|---|
| | | 11/02/2021) |
| 11/15/2021 | 10 | NOTICE OF APPEARANCE by Patricia Jean Bailey on behalf of Cyrus Vance..(Bailey, Patricia) (Entered: 11/15/2021) |
| 11/15/2021 | 11 | FIRST LETTER addressed to Judge Paul A. Crotty from Patricia J Bailey dated November 15, 2021 re: Pre−Motion Conference. Document filed by Cyrus Vance..(Bailey, Patricia) (Entered: 11/15/2021) |
| 11/15/2021 | 12 | NOTICE OF APPEARANCE by Miranda Onnen on behalf of Juan Merchan..(Onnen, Miranda) (Entered: 11/15/2021) |
| 11/15/2021 | 13 | LETTER MOTION for Conference *re Proposed Motion to Dismiss* addressed to Judge Paul A. Crotty from Miranda R. Onnen dated 11/15/2021. Document filed by Juan Merchan. (Attachments: # 1 Exhibit Motion for Permission to Appeal, # 2 Exhibit Article 78 Petition, # 3 Exhibit Memorandum of Law).(Onnen, Miranda) (Entered: 11/15/2021) |
| 11/16/2021 | | Notice of Pre−Motion Conference: A Pre−Motion Conference is scheduled to go forward on: Thursday, December 2, 2021 @ 10:45 AM, 500 Pearl Street, Courtroom 14−C before Judge Paul A. Crotty. If the date is not convenient, either party can e−mail three (3) mutually convenient dates to the Courtroom Deputy at: David_C_Gonzalez@nysd.uscourts.gov −−−−− A PDF IS NOT ATTACHED TO THIS ENTRY −−−−− (By: David Gonzalez − Courtroom Deputy).(dgo) (Entered: 11/16/2021) |
| 11/16/2021 | 14 | LETTER RESPONSE to Motion addressed to Judge Paul A. Crotty from Lawrence P. LaBrew, Esq. dated 16 November 2021 re: 13 LETTER MOTION for Conference *re Proposed Motion to Dismiss* addressed to Judge Paul A. Crotty from Miranda R. Onnen dated 11/15/2021. . Document filed by Anna Gristina. (Attachments: # 1 Exhibit 1. Judge Merchan's Motion to Dismiss, # 2 Exhibit 2. District Attorney Vance's Response).(LaBrew, Lawrence) (Entered: 11/16/2021) |
| 11/16/2021 | 15 | LETTER RESPONSE to Motion addressed to Judge Paul A. Crotty from Lawrence P. LaBrew, Esq. dated 16 November 2021 re: 13 LETTER MOTION for Conference *re Proposed Motion to Dismiss* addressed to Judge Paul A. Crotty from Miranda R. Onnen dated 11/15/2021. *Errata*. Document filed by Anna Gristina..(LaBrew, Lawrence) (Entered: 11/16/2021) |
| 12/01/2021 | | CALENDAR ENTRY **REMINDER**: Pre−motion Conference scheduled to go forward on: Thursday, December 2, 2021 @ 10:45 AM, 500 Pearl Street, Courtroom 14−C before Judge Paul A. Crotty, U.S.D.J. −−−−− A PDF IS NOT ATTACHED TO THIS ENTRY −−−−− (By David Gonzalez − Courtroom Deputy).(dgo) (Entered: 12/01/2021) |
| 12/02/2021 | | Minute Entry for proceedings held before Judge Paul A. Crotty: Pre−Motion Conference held on 12/2/2021. REMARK: Lawrence LaBrew appeared for the plaintiffs. Miranda Onnen and Charles Sanders appeared for Justice Merchan. Patricia Bailey appeared for the District Attorney. The provided a status report and the Court set the following motion schedule: Motion due by January 6, 2022. Responses due by January 27, 2022. Replies due by February 10, 2022. See transcript for details. (Court Reporter Pamela Utter) (dgo) (Entered: 12/02/2021) |
| 12/13/2021 | 16 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/2/2021 before Judge Paul A. Crotty. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/3/2022. Redacted Transcript Deadline set for 1/13/2022. Release of Transcript Restriction set for 3/14/2022..(Moya, Goretti) (Entered: 12/13/2021) |
| 12/13/2021 | 17 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 12/2/21 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, |

| | | |
|---|---|---|
| | | Goretti) (Entered: 12/13/2021) |
| 01/03/2022 | 18 | LETTER MOTION for Extension of Time *to file Motion to Dismiss* addressed to Judge Paul A. Crotty from Miranda R. Onnen dated 1/3/2022. Document filed by Juan Merchan..(Onnen, Miranda) (Entered: 01/03/2022) |
| 01/04/2022 | 19 | ORDER granting 18 Letter Motion for Extension of Time. The proposed schedule on the appendix is adopted. SO ORDERED. Motions due by 1/13/2022. (Signed by Judge Paul A. Crotty on 1/4/2022) (va) (Entered: 01/04/2022) |
| 01/04/2022 | | Set/Reset Deadlines: Responses due by 2/3/2022. Replies due by 2/17/2022. (va) (Entered: 01/04/2022) |
| 01/13/2022 | 20 | MOTION to Dismiss . Document filed by Juan Merchan. Responses due by 2/3/2022.(Onnen, Miranda) (Entered: 01/13/2022) |
| 01/13/2022 | 21 | DECLARATION of Miranda Ruth Onnen in Support re: 20 MOTION to Dismiss .. Document filed by Juan Merchan. (Attachments: # 1 Exhibit 1).(Onnen, Miranda) (Entered: 01/13/2022) |
| 01/13/2022 | 22 | MEMORANDUM OF LAW in Support re: 20 MOTION to Dismiss . . Document filed by Juan Merchan..(Onnen, Miranda) (Entered: 01/13/2022) |
| 01/13/2022 | 23 | FIRST MOTION to Dismiss . Document filed by Cyrus Vance. Responses due by 2/3/2022.(Bailey, Patricia) (Entered: 01/13/2022) |
| 01/13/2022 | 24 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION to Dismiss *Memorandum of Law*. Document filed by Cyrus Vance. Responses due by 2/3/2022.(Bailey, Patricia) Modified on 1/31/2022 (kj). (Entered: 01/13/2022) |
| 01/13/2022 | 25 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION to Dismiss *Declaration of Patricia J. Bailey*. Document filed by Cyrus Vance. Responses due by 2/3/2022 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit).(Bailey, Patricia) Modified on 1/31/2022 (kj). (Entered: 01/13/2022) |
| 01/13/2022 | | **\*\*\*NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Patricia Bailey to RE–FILE Document 24 MOTION to Dismiss *Memorandum of Law*.. Use the event type Motions and Related Filings – Replies, Opposition and Supporting Documents found under the event list Memorandum of Law. (kj)** (Entered: 01/31/2022) |
| 01/13/2022 | | **\*\*\*NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Patricia Bailey to RE–FILE Document 25 MOTION to Dismiss *Declaration of Patricia J. Bailey*.. Use the event type Motions and Related Filings – Replies, Opposition and Supporting Documents found under the event list Declaration in Support. (kj)** (Entered: 01/31/2022) |
| 01/31/2022 | 26 | FIRST MEMORANDUM OF LAW in Support re: 23 FIRST MOTION to Dismiss . . Document filed by Cyrus Vance..(Bailey, Patricia) (Entered: 01/31/2022) |
| 01/31/2022 | 27 | DECLARATION of Patricia J. Bailey in Support re: 23 FIRST MOTION to Dismiss .. Document filed by Cyrus Vance. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Bailey, Patricia) (Entered: 01/31/2022) |
| 02/03/2022 | 28 | MEMORANDUM OF LAW in Opposition re: 23 FIRST MOTION to Dismiss ., 20 MOTION to Dismiss . . Document filed by Anna Gristina..(LaBrew, Lawrence) (Entered: 02/03/2022) |
| 02/03/2022 | 29 | DECLARATION of Lawrence P LaBrew in Opposition re: 23 FIRST MOTION to Dismiss ., 20 MOTION to Dismiss .. Document filed by Anna Gristina. (Attachments: # 1 Exhibit A. Complaint, # 2 Exhibit B. State Court Reply Affirmation).(LaBrew, Lawrence) (Entered: 02/03/2022) |
| 02/17/2022 | 30 | REPLY MEMORANDUM OF LAW in Support re: 23 FIRST MOTION to Dismiss . . Document filed by Cyrus Vance..(Bailey, Patricia) (Entered: 02/17/2022) |
| 02/17/2022 | 31 | REPLY MEMORANDUM OF LAW in Support re: 20 MOTION to Dismiss . . Document filed by Juan Merchan..(Onnen, Miranda) (Entered: 02/17/2022) |

| | | |
|---|---|---|
| 05/18/2022 | 32 | NOTICE of Substitution of Attorney. Old Attorney: Patricia J. Bailey, New Attorney: Christina Ante, Address: New York County District Attorney's Office, One Hogan Place, New York, New York, United States 10013, (212)335–9149. Document filed by Cyrus Vance..(Ante, Christina) (Entered: 05/18/2022) |
| 05/18/2022 | 33 | NOTICE OF APPEARANCE by Christina Frances Ante on behalf of Cyrus Vance..(Ante, Christina) (Entered: 05/18/2022) |
| 05/19/2022 | 34 | OPINION AND ORDER: re: 23 FIRST MOTION to Dismiss filed by Cyrus Vance, 20 MOTION to Dismiss filed by Juan Merchan. Gristina may continue her quest to unseal the transcripts in state court, but having chosen that path, she cannot simultaneously do so here in federal court. The Defendants' motions to dismiss are GRANTED and this case is DISMISSED without prejudice. The Clerk of Court is directed to close the motions at ECF numbers 20 and 23 and close this case. SO ORDERED. (Signed by Judge Paul A. Crotty on 5/19/2022) (ama) Transmission to Orders and Judgments Clerk for processing. (Entered: 05/19/2022) |
| 05/20/2022 | | Terminate Transcript Deadlines (km) (Entered: 05/20/2022) |
| 05/20/2022 | 35 | CLERK'S JUDGMENT re: 34 Memorandum & Opinion in favor of Cyrus Vance, Juan Merchan against Anna Gristina. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated May 19, 2022, Gristina may continue her quest to unseal the transcripts in state court, but having chosen that path, she cannot simultaneously do so here in federal court. The Defendants' motions to dismiss are GRANTED and this case is DISMISSED without prejudice; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 5/20/2022) (Attachments: # 1 Right to Appeal) (km) (Entered: 05/20/2022) |
| 05/20/2022 | 36 | NOTICE OF APPEAL from 35 Clerk's Judgment,, 34 Memorandum & Opinion,,. Document filed by Anna Gristina. Filing fee $ 505.00, receipt number ANYSDC–26176162. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(LaBrew, Lawrence) (Entered: 05/20/2022) |
| 05/20/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 36 Notice of Appeal. (tp) (Entered: 05/20/2022) |
| 05/20/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 36 Notice of Appeal, filed by Anna Gristina were transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/20/2022) |
| 05/20/2022 | 37 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL** – AMENDED NOTICE OF APPEAL re: 36 Notice of Appeal,. Document filed by Anna Gristina..(LaBrew, Lawrence) Modified on 5/20/2022 (tp). (Entered: 05/20/2022) |
| 05/20/2022 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Lawrence LaBrew to RE–FILE Document No. 37 Amended Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type Amended Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (tp)** (Entered: 05/20/2022) |
| 05/20/2022 | 38 | AMENDED NOTICE OF APPEAL re: 36 Notice of Appeal, 35 Clerk's Judgment,, 34 Memorandum & Opinion,,. Document filed by Anna Gristina..(LaBrew, Lawrence) (Entered: 05/20/2022) |
| 05/20/2022 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 38 Amended Notice of Appeal filed by Anna Gristina were transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/20/2022) |
| 05/20/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 38 Amended Notice of Appeal. (tp) (Entered: 05/20/2022) |